O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARK ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>JAMES A. HARTEY, Warden,<br><br>Respondent. | Case No. 2:13-cv-01311-TJH-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition (Dkt. 144), the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the initial Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Second Amended Petition with prejudice.

DATED: May 8, 2019

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE