JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARK ROBINSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JAMES A. HARTEY, Warden,<br><br>　　　　　Respondent. | Case No. 2:13-cv-01311-TJH-KES<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Amended Report and Recommendation of the U.S. Magistrate Judge,

　　　IT IS ADJUDGED that the Second Amended Petition is dismissed with prejudice.

DATED: May 8, 2019

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE